UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEW JERSEY

JAIME NOLASCO *individually and on behalf of others similarly situated*

Plaintiff,

-v-

UNION HOT BAGLE & DELI LLC

2:23-CV-22333

NOTICE OF VOLUNTARY DISMISSAL OF ACTION <u>WITHOUT</u> PREJUDICE

NOW, THEREFORE, Plaintiff, JAIME NOLASCO hereby dismisses this action <u>without</u> prejudice 41(a)(1)(A)(i).

Dated: February 6, 2024

STILLMAN LEGAL, P.C.
*Lina Stillman, Esq.*

SO ORDERED:

BRIAN R. MARTINOTTI, USDJ
DATED: FEBRUARY 7, 2024

-1-

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE;



Subject: Withdrawal of Lawsuit - Labor Case for Unpaid Wages and Overtime

Dear Judge Brian R. Martinotti,

I, Jaime Nolasco, respectfully write to you as plaintiff in the unpaid labor case against Union Hot Bagle & Deli LLC, Nayef M Abuabeid, Kevin Woodring and Mohammed DOE.

I hereby express my desire to withdraw the aforementioned lawsuit, which is being brought by attorney Lina Stillman of the law firm Stillman Legal P.C. I wish to reserve the reason, I have asked the lawyer Lina Stillman to withdraw the lawsuit, and she has accepted my request.

I fully understand the legal implications and consequences of withdrawing this lawsuit. I appreciate your understanding and attention to this matter. I remain available for any additional information that may be required and I undertake to collaborate in the process of withdrawing the claim as established by law.

I thank you in advance for your attention to this matter and I look forward to your prompt response.

Sincerely,

*Jaime N Vlasco Padua*
Jaime Nolasco

Date: 02/05/2024

Lina Stillman
Notary Public, State of New York
Reg. No 02FR6276754
Commission Expires
Feb 25, 2025



Asunto: Retiro de Demanda - Caso de Labor por Salarios y tiempo extra No Pagados

Estimada Juez Brian R. Martinotti,

Yo, Jaime Nolasco, me dirijo respetuosamente a usted en calidad de demandante en el caso de labor por salarios no pagados contra Union Hot Bagle & Deli LLC, Nayef M Abuabeid, Kevin Woodring y Mohammed DOE.

Por la presente, manifiesto mi deseo de retirar la demanda antes mencionada, la cual está siendo llevada por la abogada Lina Stillman de la firma de abogados Stillman Legal P.C. Deseo reservarme el motive, he solicitado a la abogada Lina Stillman retirar la demanda, y ella ha aceptado mi solicitud.

Entiendo plenamente las implicaciones y consecuencias legales de retirar esta demanda. Agradezco su comprensión y su atención a este asunto. Quedo a disposición para cualquier información adicional que pueda ser requerida y me comprometo a colaborar en el proceso de retiro de la demanda según lo establecido por la ley.

Agradezco de antemano su atención a este asunto y espero su pronta respuesta.
Atentamente,

*Jaime Nolasco* (firma)
Jaime Nolasco

Fecha: 02/05/2024

Lina Stillman
Notary Public, State of New York
Reg. No 02FR6276754
Commission Expires Feb 25. 2025.